UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. BATES,            ) | Case No. CV 08-6275-DDP (PJW) |
|                            ) | |
|          Petitioner,       ) | |
|                            ) | ORDER DISMISSING SECOND AND |
|     v.                     ) | SUCCESSIVE HABEAS CORPUS PETITION |
|                            ) | |
| MICHAEL A SMELOSKY,        ) | |
|                            ) | |
|          Respondent.       ) | |

Before the Court is a petition for writ of habeas corpus in which Petitioner seeks to challenge a 2002 state conviction for possession of a firearm by a convicted felon and carrying a loaded and unregistered firearm on his person. This is Petitioner's second attempt to challenge this conviction. In 2005, Petitioner filed a habeas petition challenging this conviction, which was denied on its merits. *See Bates v. Campbell*, CV No. 05-602-DDP (Mc), December 2005 Order Adopting Report and Recommendation. The Ninth Circuit Court of Appeals later denied Petitioner's request for a certificate of appealability. *See Bates v. Campbell*, CCA No. 06-55650, March 27, 2007 Order.

Because Petitioner has already brought a habeas petition challenging this same 2002 conviction, the current Petition is subject

to dismissal as being second and successive.  *See* 28 U.S.C. § 2244. Absent an order from the appellate court, this Court does not have jurisdiction to entertain a second or successive petition.  *See* 28 U.S.C. § 2244(b)(3)(A).  For this reason, the Petition is dismissed.

    IT IS SO ORDERED.

    DATED: <u>February 24, 2009</u>.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE