UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. BATES, | ) | Case No. CV 08-6275-DDP (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| MICHAEL A. SMELOSKY, | ) | |
| Respondent. | ) | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: February 24, 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE